# COMMONWEALTH COURT OF PENNSYLVANIA

Shadowfax Corp. v. UCBR (Harris) ........................ 2298CD15 01/04/2017 Unemployment Compensation Board of Review B–571083–A — Affirmed

Brad Remodeling, LLC v. WCAB (Morris) .................... 335CD16 01/04/2017 Workers' Compensation Appeal Board A15–0562 — Affirmed

Becknauld v. Department of Agriculture .................. 678CD16 01/04/2017 Dauphin County 2010–cv–12753–cv — Affirmed

Smith v. UCBR ................ 792CD16 01/04/2017 Unemployment Compensation Board of Review B–587762 — Affirmed

Wagner v. UCBR .............. 1258CD16 01/04/2017 Unemployment Compensation Board of Review B–590499 — Affirmed

Staton v. PBPP ................ 1765CD15 01/04/2017 Board of Probation & Parole 776–GA — Motion to Withdraw as Counsel denied

Kanofsky v. Tax Review Board .. 2759CD15, 2740CD15 01/05/2017 Philadelphia County Fall Term, 2015 No. 1504–01756 — Affirmed Vacated and Remanded

Urban v. Plymouth Twp......... 83CD16 01/05/2017 Montgomery County 2013–28499 — Affirmed

Gregorski v. WCAB (Atlantic & Pacific Tea Co.) .............. 370CD16 01/05/2017 Workers' Compensation Appeal Board A15–0623 — Affirmed